# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUDEL REYNOSO RODRIGUEZ,

    Petitioner,        No. 2:08-cv-0321 MCE KJM P

    vs.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.,

    Respondents.        ORDER

_____/

        Petitioner is an individual detained by the Department of Homeland Security and proceeding with an application for writ of habeas corpus. A hearing was held on August 13, 2008 concerning respondents' motion for change of venue. Assistant United States Attorney Audrey Hemesath appeared for respondents. Assistant Federal Defender Carolyn Wiggin appeared for petitioner.

        As indicated at the hearing, the court will deny respondents' motion for change of venue as respondent has not shown that venue in the United States District Court for the Southern District of California is more appropriate than here. Also, as indicated at the hearing, the court will order that respondents' answer to petitioner's application for writ of habeas corpus be filed within 75 days.

PDF created with pdfFactory trial version www.pdffactory.com

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Respondents' motion for change of venue (#9) is denied; and

3  2. Respondents' answer to petitioner's application for writ of habeas corpus shall
4  be filed within 75 days of this order.

5  DATED: August 21, 2008.

[signature]
U.S. MAGISTRATE JUDGE

1
reyn0321.oah

PDF created with pdfFactory trial version www.pdffactory.com