1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendant

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**

8

9  RAUDEL REYNOSO-RODRIGUEZ,      )    No. 08-cv-S-321 MCE KJM P
                                  )
10      Petitioner,                )    STIPULATION AND ORDER RE:
                                  )    EXTENSION OF TIME IN WHICH TO
11      v.                         )    FILE ANSWER TO ORDER TO SHOW
                                  )    CAUSE
12 MICHAEL CHERTOFF, et. al.,     )
                                  )
13      Respondents.              )
                                  )
14                                )

15    This is an immigration case in which petitioner Raudel Reynoso-Rodriguez challenges his

16 post-order detention by U.S. Immigration and Customs Enforcement. The parties are currently

17 attempting to reach a resolution to this matter at the administrative level. Accordingly, the

18 parties stipulate to a 60-day extension of time for the respondents to file an answer to the Order

19 to Show Cause, until December 22, 2008.

20 DATED: October 15, 2008            Respectfully submitted,
21                                    McGREGOR W. SCOTT
                                      United States Attorney
22
                                      _/s/ Audrey B. Hemesath_____
23                                    Audrey B. Hemesath
                                      Assistant U.S. Attorney
24
                                      /s/ Carolyn M. Wiggin
25                                    Carolyn M. Wiggin
                                      Office of the Federal Defender

26

27

28

-1-

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on December 22, 2008.

IT IS SO ORDERED.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE