DANIEL J. BRODERICK, Bar #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
RAUDEL REYNOSO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUDEL REYNOSO-RODRIGUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>JANET NAPOLITANO, Secretary of Homeland Security, MARK FILIP, Acting Attorney General, ROBIN F. BAKER, U.S. Immigration and Customs Enforcement Field Office Director for Southern California, NANCY ALCANTAR, U.S. Immigration and Customs Enforcement Field Office Director for Northern California, FRED LAWRENCE, Warden, San Diego Correctional Facility,<br><br>  Respondents.<br>_____ | NO. Civ. S-08-321 MCE KJM P<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE**<br><br>Date:  February 11, 2009<br>Time:  10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties hereto through their

*Reynoso-Rodriguez v. Chertoff, et al.*
Civ. S-08-321 MCE KJM
Stip to Continue/ prp order                                         1

respective counsel, Carolyn M. Wiggin, Assistant Federal Defender, for Petitioner RAUDEL REYNOSO-RODRIGUEZ, and Audrey B. Hemesath, Assistant United States Attorney, for Respondents, that the hearing on Respondent's Motion to Dismiss Mr. Reynoso-Rodriguez's petition as moot set for February 11, 2009, be vacated and a new date of February 25, 2009, at 10:00 a.m. be set for a hearing on the motion.

The reason for the requested continuance is that Ms. Wiggin's daughter has contracted a serious viral infection and Ms. Wiggin has had to act as her primary caretaker during this period.  Because Ms. Wiggin has had to miss work already this week and will have to miss additional days this week and possibly next week, Ms. Wiggin will not be able to have Petitioner's opposition to the motion prepared by January 28, 2009.  The new hearing date will give Ms. Wiggin until February 11, 2009, to prepare her Opposition, and will give Respondent until February 19, 2009, to prepare a Reply.  Counsel for Respondent, Ms. Hemesath, has graciously agreed to join this stipulation.

Dated: January 27, 2009          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ Carolyn M. Wiggin
                                 Carolyn M. Wiggin
                                 Assistant Federal Defender

                                 Attorney for Petitioner
                                 RAUDEL REYNOSO-RODRIGUEZ

Dated: January 27, 2009          LAWRENCE G. BROWN
                                 Acting United States Attorney

                                 /s/ Audrey B. Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney
                                 Attorney for Respondents

*Reynoso-Rodriguez v. Chertoff, et al.*
Civ. S-08-321 MCE KJM
Stip to Continue/ prp order                    2

O R D E R

For the reasons set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on the Respondent's Motion to Dismiss currently scheduled for February 11, 2009, be vacated and that the hearing be set for February 25, 2009, at 10:00 a.m.

DATED: January 28, 2009.

_____
U.S. MAGISTRATE JUDGE

*Reynoso-Rodriguez v. Chertoff, et al.*
Civ. S-08-321 MCE KJM
Stip to Continue/ prp order                3