IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUDEL REYNOSO-RODRIGUEZ,

       Petitioner,                    No. CIV S-08-00321 MCE KJM P

   vs.

JANET NAPOLITANO, et al.,

       Respondents.              ORDER

_____/

       Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On September 28, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondents have filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2009, are adopted in full;

2. The motion to dismiss (docket no. 15) is denied;

3. The court conditionally grants the petition for writ of habeas corpus and order that petitioner be released from respondents' custody unless he receives a hearing before an Immigration Judge within thirty (30) days of this order conditionally granting the petition is electronically filed;

4. The hearing before the Immigration Judge comply with all the foregoing determinations concerning the burden of proof and standard of proof; and

5. The hearing before the Immigration Judge be recorded so that it can be transcribed.

Dated: December 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE