## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RAUDEL REYNOSO−RODRIGUEZ,**

CASE NO: **2:08−CV−00321−MCE−KJM**

v.

**MICHAEL CHERTOFF,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 12/7/2009**

**Victoria C. Minor**
Clerk of Court

ENTERED: **December 7, 2009**

by: /s/ J. Suttles
Deputy Clerk