DANIEL J. BRODERICK, Bar #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
RAUDEL REYNOSO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUDEL REYNOSO-RODRIGUEZ,   Petitioner,   v.   JANET NAPOLITANO, Secretary of Homeland Security, et al.,   Respondents. | No. 2:08-cv-00321-MCE-KJM   ORDER |

This matter is before the Court on Petitioner's *Ex Parte* Motion to Amend Order to Hold Immigration Bond Hearing. On December 7, 2009, this Court issued an order conditionally granting Mr. Reynoso-Rodriguez's petition and ordering Mr. Reynoso-Rodriguez's release from respondent's custody "unless he receives a hearing before an Immigration Judge within thirty (30) days of this order conditionally granting the petition is electronically filed."  (Dckt. Entry #36) (Order, p. 2).

///

For the reasons set forth in Petitioner's Motion to Amend Order to Hold a Bond Hearing, in order to ensure that Petitioner Reynoso-Rodriguez is able to be represented by his immigration counsel at the immigration bond hearing, IT IS HEREBY ORDERED that Petitioner's Motion to Amend Order to Hold a Bond Hearing is GRANTED.

IT IS FURTHER ORDERED that the Immigration Judge may grant reasonable and necessary continuances beyond this Court's original thirty-day deadline for good cause shown.

Dated: December 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE